UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH BRIM,<br><br>           Petitioner,<br><br>   v.<br><br>PAUL COPENHAVER,<br><br>           Respondent. | 1:13-cv-00433 BAM (HC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>and<br><br>DIRECTING CLERK TO SERVE THE COURT OF APPEALS<br><br>(Document# 32) |

      Petitioner is a prisoner who proceeded pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Judgment was entered October 29, 2013, on the petition for writ of habeas corpus. On November 20, 2013, Petitioner filed a notice of appeal, and on December 13, 2013, he filed an application to proceed in forma pauperis. Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal.

///

///

Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. <u>See</u> 28 U.S.C. § 1915.

**The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated:  **March 12, 2014**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE